UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) |

3:09-md-02100-DRH

MDL No. 2100

**This Document Relates To:**

| | |
|---|---|
| *Nicole Root, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13159-DRH |
| *Lillan Roquet v. Bayer Corporation, et al.* | No. 12-cv-11234-DRH |
| *Katherine Rygh v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11638-DRH |
| *Jetaun Sallaz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10576-DRH |
| *Holly Sanchez, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10632-DRH |
| *Michelle Satterwhite v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10356-DRH |
| *Stephanie Shoucair v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13619-DRH |
| *Malinda Smith v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13083-DRH |
| *Anabelle Soto v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11945-DRH |
| *Katherine Sowinski v. Bayer Corporation, et al.* | No. 10-cv-20387-DRH |
| *Lana Speck v. Bayer Corporation, et al.* | No. 11-cv-20080-DRH |
| *Caitlin Stevens v. Bayer Corporation, et al.* | No. 12-cv-20110-DRH |
| *Megan Stewart v. Bayer Corporation, et al.* | No. 10-cv-20390-DRH |
| *Sara Todd v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13152-DRH |

| | |
|---|---|
| *Chrystal Lynette Darbonne Trahan v. Bayer Healthcare Pharmaceuticals Inc., et al.* | No. 10-cv-13029-DRH |
| *Michelle Villanueva v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13615-DRH |
| *Jennifer Walther v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10281-DRH |
| *Stormy Whisenhunt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12222-DRH |
| *Christina Wilkin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11916-DRH |
| *Heather Williams v. Bayer Corporation, et al.* | No. 12-cv-10767-DRH |
| *Stacey Yates v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12529-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on April 15, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY: /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.04.15 15:38:43 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT